Ex. No. 1655. STATE *v.* ANTHONY BONSANTE. Plaintiff is ordered to appear before Supreme Court on November 6, 1972 at 9:30 a.m. to show cause why the bill of exceptions should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court. *Richard J. Israel*, Attorney General, for plaintiff. *Eugene F. Toro*, for defendant.

Ex. No. 1703. STATE *v.* ALBERT CARRATURO. Defendant is ordered to appear before Supreme Court on November 6, 1972 at 9:30 a.m. to show cause why the bill of exceptions should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court. *Richard J. Israel*, Attorney General, for plaintiff. *Anthony R. Berretto*, for defendant.

APPEAL No. 1645. CHARLES BAKER *et al. v.* WILLIAM J. DONOVAN *et al.* Plaintiffs ordered to appear before Supreme Court on November 6, 1972 at 9:30 a.m. to show cause why the claim of appeal should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court. *Peter W. Thoms*, for plaintiffs. *Joseph J. Nicholson*, for defendants.

APPEAL No. 1689. HOUSING AUTHORITY OF NEWPORT *v.* EDNA SCHULTZ. Defendant ordered to appear before Supreme Court on November 6, 1972 at 9:30 a.m. to show cause why the claim of appeal should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court. *Joseph J. Nicholson*, for plaintiff. *Peter W. Thoms*, for defendant.